1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   AMITA BAMAN TRACY, SBN GA 035924
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, CA 94105-2102
6      Telephone: (415) 977-8981
       Facsimile: (415) 744-0134
7      Email: amita.tracy@ssa.gov

8  Attorneys for Defendant

9

                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13  ROSHAN ALAM,                    )
                                    )
14        Plaintiff,                )    CIVIL NO.  07-2778 MJJ
                                    )
15        v.                        )    STIPULATION AND ~~PROPOSED~~ ORDER
                                    )    OF REMAND PURSUANT TO SENTENCE
16  MICHAEL J. ASTRUE,              )    SIX OF 42 U.S.C. § 405(g)
    Commissioner of                )
17  Social Security                 )
                                    )
18        Defendant.                )
    _____ )

19       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

20  approval of the Court as provided below, that the Commissioner has agreed to voluntary remand of this case

21  for further administrative proceedings pursuant to the sixth sentence of section 205(g) of the Social Security

22  Act, 42 U.S.C. § 405(g).  The Commissioner is unable to locate the claim file containing the Administrative

23  Law Judge's decision of October 19, 2005.  Upon remand, the Commissioner will continue to search for the

24  claim file, commence reconstruction of the claim file, and/or hold a de novo hearing.

25

26

27

28

Dated: _October 24, 2007_ _/s/ James Hunt Miller_
*(As authorized via fax on October 24, 2007)*
JAMES HUNT MILLER
Attorney for Plaintiff

SCOTT N. SCHOOLS
United States Attorney

Dated: _October 24, 2007___ By: /s/ *Amita Baman Tracy*
AMITA BAMAN TRACY
Special Assistant United States Attorney

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: _____10/30/07_____

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Judge Martin J. Jenkins

2