UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSHAN ALAM, | ) | NO. CV 07-2778 WHA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time, up to and including January 12, 2011, in which to file a response to Plaintiff's Motion for Summary Judgment and/or Remand. This extension is requested because the parties are considering possible settlement, and Defendant's counsel needs additional time to consult with the Appeals Council on the complex regulatory issues raised in Plaintiff's Motion.

DATE: 11/30/10  Respectfully submitted,

MELINDA L. HAAG
United States Attorney

By  /s/ *Leslie Alexander*
LESLIE ALEXANDER
Special Assistant United States Attorney

Attorneys for Defendant

DATED: 11/30/10  By:  /s/ *James Hunt Miller*
[*authorized via electronic mail on 11/29/10*]
JAMES HUNT MILLER
Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including January 12, 2011, to respond to Plaintiff's Motion for Summary Judgment and/or Remand. *

DATED  November 30, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**\* NO FURTHER EXTENSIONS WILL BE GRANTED FOR THIS DEADLINE.**