IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSHAN ALAM,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
                                 /

No. C 07-02778 WHA

**ORDER TO SHOW CAUSE**

     In this social security appeal, plaintiff seeks review of final decision by the Commissioner of social security. On January 12, 2011, defendant filed a motion to remand for further administrative proceedings. Defendant's motion admits that the decision in question was deficient because it was based on an inadequate record. Defendant requests remand for further administrative proceedings, which would lead to a new final decision. Defendant notes that if plaintiff is unhappy with the new decision, she would then have the opportunity to appeal the new decision to the district court after exhausting her administrative remedies.

     If plaintiff opposes s defendant's motion, she is ordered to show cause why the action should not be remanded for further administrative proceedings. Any response to this show-cause order must be filed by **NOON ON JANUARY 21, 2011**.

     **IT IS SO ORDERED.**

Dated: January 13, 2011.

                                                     WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE