IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSHAN ALAM,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
                                     /

No. C 07-02778 WHA

**ORDER REQUESTING ADDITIONAL INFORMATION**

     On January 12, defendant filed a motion to remand for further administrative proceedings. Defendant requests "a remand in which the ALJ will make another attempt to obtain the prior records." By **NOON ON JANUARY 31, 2011**, defendant shall file a more detailed description of its proposed remand plan. At a minimum, defendant must address the following:

     1.    Which portions of the record still need to be reconstructed.

     2.    What specific efforts will be made to locate the March 1997 medical decision that determined plaintiff was disabled and any other vital portion of the record that is still missing.

     3.    The anticipated time frame for completion of this second attempt at reconstructing the record.

4. What review or appeal procedures should commence following a successful or unsuccessful reconstruction of the record, including the anticipated time frame for these procedures and the extent to which plaintiff will be involved.

**IT IS SO ORDERED.**

Dated: January 25, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2