MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
LESLIE ALEXANDER, CSBN 256624
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    e-mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHAN ALAM, | NO. CV 07-2778 WHA |
|     Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 7-day extension of time, up to and including February 7, 2011, in which to file a response to the Court's Order Requesting Additional Information.  This extension is requested because of Defendant's counsel's pre-planned vacation on January 28 through January 31, 2011, and because of the Appeals Council's current unavailability to consult with Defendant's counsel regarding the Court's questions due to the weather-related closure of the Appeals Council office in Virginia and significant recent changes in Appeals Council personnel.

DATE: 1/27/11                           Respectfully submitted,

                                        MELINDA L. HAAG
                                        United States Attorney

                              By     /s/ Leslie Alexander
                                     LESLIE ALEXANDER
                                     Special Assistant United States Attorney

                                     Attorneys for Defendant

DATE: 1/27/11                 By:    /s/ James Hunt Miller
                                     [*authorized via electronic mail*]
                                     JAMES HUNT MILLER
                                     Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including February 7, 2011, to respond to the Court's Order Requesting Additional Information.

DATED January 27, 2011.                 _____

                                        WILLIAM ALSUP

                                        UNITED STATES DISTRICT JUDGE

Stipulation and ~~Proposed~~ Order
CV-07-2778-WHA                          2