IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHAN ALAM,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant.<br>                                       / | No. C 07-02778 WHA<br><br>**ORDER SETTING BRIEFING ON PLAINTIFF'S REQUEST FOR FEES AND EXPENSES** |

Plaintiff seeks recovery of attorney's fees and costs pursuant to the Equal Access to Justice Act. In particular, plaintiff asserts that "[t]he government has the burden to demonstrate substantial justification" for its positions (Dkt. No. 40 at 3). Defendant shall file a response to plaintiff's request by **JUNE 23, 2011**. Plaintiff may file a reply by **JUNE 30, 2011**. The request will then be deemed submitted for decision without oral argument.

**IT IS SO ORDERED.**

Dated: June 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE