IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHAN ALAM,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant.<br>_____ / | No. C 07-02778 WHA<br><br>**ORDER DENYING STIPULATED REQUEST FOR EXTENSION** |

On June 23, 2011 — the due date for defendant's opposition to plaintiff's pending fees motion — the parties filed a stipulated request for a thirty-day extension of the briefing deadline. The parties state that "[t]he extension is needed because counsel are currently engaged in ongoing settlement discussions" (Dkt. No. 42). Good cause not having been shown, the request is **DENIED** except that defendant may have one extra day to file his opposition. Litigation must proceed in a timely fashion despite parallel efforts to settle the case. Defendant's opposition is now due on **JUNE 24, 2011**. Plaintiff's reply is now due on **JULY 1, 2011**. No more extensions will be granted.

    **IT IS SO ORDERED.**

Dated: June 23, 2011.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE